UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREASURE-ANNE ROUSSELO,

Plaintiff,

v.

Case No. 25-cv-13729
Hon. Matthew F. Leitman

GENOA CHARTER TOWNSHIP, *et al.*,

Defendants.

______________________________________________/

**ORDER (1) OVERRULING PLAINTIFF'S OBJECTIONS (ECF No. 44) TO REPORT AND RECOMMENDATION (ECF No. 43); (2) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION; AND (3) DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM (ECF No. 30)**

On January 13, 2026, Plaintiff Treasure-Anne Rousselo filed a motion to dismiss a counterclaim brought against her by Defendants Seward Henderson PLLC, T. Joseph Seward, and David D. Burress (collectively the "Seward Henderson Parties"). (*See* Mot., ECF No. 30.) The motion was referred to the assigned Magistrate Judge. On August 20, 2026, the Magistrate Judge issued a report and recommendation in which he recommended that the Court deny the motion (the "R&R"). (*See* R&R, ECF No. 43.) Rousselo then filed objections to the R&R (*see* Objs., ECF No. 44), and the Seward Henderson Parties filed a response to those objections (*see* Resp., ECF No. 48).

Upon reviewing the R&R and Rousselo's objections, the Court determined that it wished to discuss with the parties a number of issues related to the recommendation by the Magistrate Judge and the parties' positions. The Court therefore set a virtual hearing on Rousselo's objections for 9:30 a.m. on September 25, 2026. On August September 14, 2026, the Court mailed a copy of its Notice of Hearing to Rousselo at the address she provided the Court. (*See* Notice of Hearing, ECF No. 45.) In addition, on that same day, the Court emailed Rousselo at the email address that she identified in her Complaint in order to provide her both notice of the hearing and information for how she could access the virtual hearing either by computer or phone. Then, on September 21, 2026, the Court re-sent the same email to Rousselo as a reminder of the hearing.

Despite the fact that the Court had both mailed Rousselo the Notice of Hearing and sent her multiple emails reminding her of the hearing, Rousselo did not appear at the hearing as directed. Nor did she contact the Court before the hearing to inform the Court that the date chosen for the hearing did not work for her schedule. Finally, when Rousselo failed to appear at the hearing, a member of the Court's staff attempted to call her at the phone number she identified in filings with the Court, but that phone call went straight to voicemail.

At 9:40 a.m., ten minutes after the scheduled time for the hearing, the Court convened the hearing in Rousselo's absence. It noted on the record that the Court's

staff had both emailed Rousselo notice of the hearing and attempted to reach her by phone, but Rousselo could not be located. The Court then explained that it was overruling Rousselo's objections for failure to prosecute the objections based on Rousselo's failure to attend the hearing.

For all of the reasons the Court explained above, and explained on the record during the hearing on the objections, Rousselo's objections (ECF No. 44) are **OVERRULED**, the recommended disposition of the R&R (ECF No. 43) is **ADOPTED**, and Rousselo's motion to dismiss (ECF No. 30) is **DENIED**. If Rousselo has some explanation for why she did not appear at the hearing as directed, and why the Court should consider the merits of her objections despite her failure to appear, she can file a motion explaining her non-appearance and asking the Court to take up her objections on the merits. Otherwise, Rousselo is free to raise the arguments made in her objections on summary judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126